MORGAN, LEWIS & BOCKIUS LLP
Esther K. Ro, Bar No. 252203
esther.ro@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:  +1.213.612.2501

Attorneys for Defendant
TOYOTA MOTOR SALES, U.S.A., INC.

KESSLER TOPAZ MELTZER & CHECK, LLP
Jennifer L. Joost, Bar No. 296164
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA  94104
Tel:   +1.415.400.3000
Fax:  +1.415.400.3001

Attorneys for Plaintiffs
PAUL STOCKINGER, ELIZABETH STOCKINGER, BASUDEB DEY, GAILYN KENNEDY, ELIEZER CASPER, and YVETTE ALLEY, and Movant YVETTE GAYFIELD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL STOCKINGER, ELIZABETH STOCKINGER, BASUDEB DEY, GAILYN KENNEDY, ELIEZER CASPER, and YVETTE ALLEY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California corporation,<br><br>Defendant. | Case No. 3:18-mc-80103-EDL<br><br>Assigned to Magistrate Judge Elizabeth D. Laporte<br><br>**JOINT STIPULATION TO TRANSFER CASE TO UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**<br><br>[[Proposed] Order submitted concurrently] |

Toyota Motor Sales, U.S.A., Inc. ("Toyota") and Movant Yvette Gayfield ("Gayfield") jointly stipulate as follows:

**WHEREAS** on May 25, 2018, Toyota served Gayfield with a Subpoena to Testify at a Deposition in a Civil Action in connection with the underlying

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 98158145.1

JOINT STIPULATION
3:18-mc-80103-EDL

litigation titled *Stockinger, et al. v. Toyota Motor Sales, U.S.A., Inc.,* Case No. 2:17-cv-00035-VAP-KSx, pending in the United States District Court for the Central District of California;

**WHEREAS** on June 19, 2018, Gayfield filed a Motion to Quash Subpoena in the United States District Court for the Northern District of California (Dkt. 1);

**WHEREAS** Gayfield requested that her motion be transferred to the United States District Court for the Central District of California, where the underlying litigation is pending;

**WHEREAS** on June 19, 2018, Timothy Barabe, another non-party witness, filed a Motion to Quash Subpoena in the United States District Court for the Northern District of California, which presently is assigned to Magistrate Judge Joseph C. Spero (Case. No. 3:18-mc-80102-JCS);

**WHEREAS** Barabe requested that his motion be transferred to the United States District Court for the Central District of California, where the underlying litigation is pending, and the parties are stipulating to transfer his motion;

**WHEREAS** on June 22, 3018, Deanne Casper, another non-party witness, filed a Motion to Quash Subpoena in the United States District Court for the Southern District of Florida, which was transferred to the United States District Court for the Central District of California on June 25, 2018; and

**WHEREAS** the parties agree that it would conserve judicial economy and the parties' resources to have all three motions heard by the same court.

**IT IS HEREBY STIPULATED AND AGREED** that Gayfield's Motion to Quash Subpoena be transferred to the United States District Court for the Central District of California and assigned to the Honorable Virginia A. Phillips and the Honorable Karen L. Stevenson (Magistrate).

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

JOINT STIPULATION
3:18-mc-80103-EDL

DB1/ 98158145.1

Dated: June 29, 2018　　MORGAN, LEWIS & BOCKIUS LLP
　　　　　　　　　　　　Esther K. Ro

　　　　　　　　　　　　By */s/ Esther K. Ro*
　　　　　　　　　　　　　　Esther K. Ro
　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　TOYOTA MOTOR SALES, U.S.A., INC.


Dated: June 29, 2018　　KESSLER TOPAZ MELTZER & CHECK, LLP
　　　　　　　　　　　　Jennifer L. Joost

　　　　　　　　　　　　By */s/ Jennifer L. Joost*
　　　　　　　　　　　　　　Jennifer L. Joost
　　　　　　　　　　　　　　Attorneys for Plaintiffs PAUL
　　　　　　　　　　　　　　STOCKINGER, ELIZABETH
　　　　　　　　　　　　　　STOCKINGER, GAILYN KENNEDY,
　　　　　　　　　　　　　　BASUDEB DEY, ELIEZER CASPER, AND
　　　　　　　　　　　　　　YVETTE ALLEY, and Movant YVETTE
　　　　　　　　　　　　　　GAYFIELD


### L.R. 5-4.3.4(a)(2)(i) Certification:

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of the document attests that concurrence in the filing of the document has been obtained from each of the other Signatories.

　　　　　　　　　　　　　　　　*/s/ Esther K. Ro*
　　　　　　　　　　　　　　　　Esther K. Ro

DB1/ 98158145.1